1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

BILLY RAY SHANEE MALDONADO,

No.  2:22-cv-00923-TLN-AC

12

Plaintiff,

13

v.

**ORDER**

14

B. KEBLER, et al.,

15

Defendant.

16
17

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18

under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19

28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20

On June 6, 2022, the magistrate judge filed findings and recommendations herein which

21

were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings

22

and recommendations were to be filed within fourteen days.  (ECF No. 3.)  After receiving an

23

extension of time, Plaintiff filed timely objections to the findings and recommendations.  (ECF

24

No. 6.)

25

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26

Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27

Court finds the findings and recommendations to be supported by the record and by proper

28

analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The Findings and Recommendations filed June 6, 2022, (ECF No. 3), are adopted in

3    full.

4    2.  Plaintiff shall pay the entire $402.00 in required fees within thirty days of the service

5    of this Order or face dismissal of this case.

6    3.  This matter is referred back to the assigned magistrate judge for all further pretrial

7    proceedings.

8    **DATED:  July 22, 2022**

9

10

11    _____

12    Troy L. Nunley
      United States District Judge

13

2